IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PRESTON HOLLOW COMMUNITY CAPITAL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-24-cv-00476-FB |
| | § | |
| R. LEE HARRIS, and ROBERT E. ESREY, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Joint Stipulation for Dismissal With Prejudice, filed by the parties on November 4, 2025. (Docket no. 25). The parties stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, to the dismissal with prejudice of the claims and causes of action asserted in this civil action, with each side to bear its own costs and fees. After careful consideration, the Court is of the opinion that the above styled and numbered cause should be dismissed with prejudice and a final judgment should be entered.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation signed by the parties (docket no. 25) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted in this civil action are DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of November, 2025.

FRED BIERY
UNITED STATES DISTRICT JUDGE